UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> CENTRAL INTELLIGENCE AGENCY, <br><br> Defendant. | Civil Action No. 24-1537 (PLF) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order dated August 12, 2024, Plaintiff, Judicial Watch, Inc., and Defendant, the Central Intelligence Agency, respectfully submit the following joint status report to update the Court on the processing of Plaintiff's Freedom of Information Act ("FOIA") request.

1. This is an action under FOIA concerning three FOIA requests submitted from March 22, 2024, through March 27, 2024. The FOIA requests appear at ECF Nos. 8-1, 8-2, and 8-3.

2. Defendant reports that it has completed its initial search but is continuing to assess the scope of the search.

3. Plaintiff requested an update on the status of the initial search, including an approximate number of records, but Defendant has refused to provide Plaintiff with a number.

4. Pursuant to the Court's August 12, 2024, Minute Order, the parties will submit their next status report within the next ninety days.

\* \* \*

| | |
|---|---|
| Dated: February 12, 2025 | Respectfully submitted, |
| /s/ Meredith Di Liberto<br>MEREDITH DI LIBERTO<br>D.C. Bar No. 487733<br>PAUL J. ORFANEDES<br>D.C. Bar No. 429716<br>JUDICIAL WATCH, INC.<br>425 Third Street SW, Suite 800<br>Washington, DC 20024<br>Tel:    (202) 646-5172<br>mdiliberto@judicialwatch.org<br>porfanedes@judicialwatch.org<br><br>*Counsel for Plaintiff* | EDWARD R. MARTIN, JR., D.C. Bar #481866<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By:         /s/ *Douglas C. Dreier*<br>         DOUGLAS C. DREIER, D.C. Bar #1020234<br>         Assistant United States Attorney<br>         601 D Street, NW<br>         Washington, DC 20530<br>         (202) 252-2551<br><br>*Attorneys for the United States of America* |

2