UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>CENTRAL INTELLIGENCE AGENCY,<br><br>  Defendant. | Civil Action No. 24-1537 (PLF) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order dated February 13, 2025, Plaintiff, Judicial Watch, Inc., and Defendant, the Central Intelligence Agency, respectfully submit the following joint status report to update the Court on the processing of Plaintiff's Freedom of Information Act ("FOIA") request.

1. This is an action under FOIA concerning three FOIA requests submitted from March 22, 2024, through March 27, 2024. The FOIA requests appear at ECF Nos. 8-1, 8-2, and 8-3.

2. Defendant reports that it has completed its initial search. Although Defendant continues to assess responsiveness, it anticipates making its first rolling production on or before the next status report, which is due on August 11, 2025, Defendant will also endeavor to provide an estimate on the number of anticipated productions at that time.

3. Pursuant to the Court's August 12, 2024, Minute Order, the parties will submit their next status report within the next ninety days.

\* \* \*

| | |
|---|---|
| Dated: May 13, 2025 | Respectfully submitted, |
| */s/ Meredith Di Liberto* | EDWARD R. MARTIN, JR., D.C. Bar #481866 |
| MEREDITH DI LIBERTO | United States Attorney |
| D.C. Bar No. 487733 | |
| PAUL J. ORFANEDES | |
| D.C. Bar No. 429716 | By:       */s/ Douglas C. Dreier* |
| JUDICIAL WATCH, INC. | DOUGLAS C. DREIER, D.C. Bar #1020234 |
| 425 Third Street SW, Suite 800 | Assistant United States Attorney |
| Washington, DC 20024 | 601 D Street, NW |
| Tel:   (202) 646-5172 | Washington, DC 20530 |
| mdiliberto@judicialwatch.org | (202) 252-2551 |
| porfanedes@judicialwatch.org | |
| | *Attorneys for the United States of America* |
| *Counsel for Plaintiff* | |