UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.,<br><br>      Plaintiff,<br><br>      v.<br><br>CENTRAL INTELLIGENCE AGENCY,<br><br>      Defendant. | Civil Action No. 24-1537 (PLF) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated May 13, 2025, Plaintiff, Judicial Watch, Inc., and Defendant, the Central Intelligence Agency, respectfully submit the following joint status report to update the Court on the processing of Plaintiff's Freedom of Information Act ("FOIA") request.

1. This is an action under FOIA concerning three FOIA requests submitted from March 22, 2024, through March 27, 2024. The FOIA requests appear at ECF Nos. 8-1, 8-2, and 8-3.

2. Defendant anticipates making its first production on approximately August 22, 2025. Defendant anticipates further productions approximately every ninety days. Defendant will endeavor to provide an estimate on the number of anticipated productions in the next joint status report.

3. Pursuant to the Court's August 12, 2024, Minute Order, the parties will submit their next status report within the next ninety days.

\* \* \*

Dated: August 8, 2025

/s/ *Meredith Di Liberto*
MEREDITH DI LIBERTO
D.C. Bar No. 487733
PAUL J. ORFANEDES
D.C. Bar No. 429716
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, DC 20024
Tel:   (202) 646-5172
mdiliberto@judicialwatch.org
porfanedes@judicialwatch.org

*Counsel for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By:        /s/ *Douglas C. Dreier*
      DOUGLAS C. DREIER, D.C. Bar #1020234
      Assistant United States Attorney
      601 D Street, NW
      Washington, DC 20530
      (202) 252-2551

*Attorneys for the United States of America*