UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.,<br><br>     Plaintiff,<br><br>    v.<br><br>CENTRAL INTELLIGENCE AGENCY,<br><br>     Defendant. | Civil Action No. 24-1537 (PLF) |

## JOINT STATUS REPORT

Pursuant to this Court's Minute Order dated December 29, 2025, Plaintiff, Judicial Watch, Inc., and Defendant, the Central Intelligence Agency, respectfully submit the following joint status report to update the Court on the processing of Plaintiff's Freedom of Information Act ("FOIA") request.

1.      This is an action under FOIA concerning three FOIA requests submitted from March 22, 2024, through March 27, 2024.  The FOIA requests appear at ECF Nos. 8-1, 8-2, and 8-3.

2.      Defendant made its first production in response to the subject FOIA requests on August 22, 2025.

3.      Since the most recent Joint Status Report, Defendant has completed processing the subject FOIA requests.  In its processing of the subject FOIA requests, since the first production, Defendant did not identify any additional responsive documents.  Accordingly, on March 19, 2026, Defendant issued its final response letter to Plaintiff notifying it as such.

4.      It is Defendant's position that no issues remain outstanding concerning the subject FOIA requests.

- 2 -

5.      Pursuant to the Court's August 12, 2024, Minute Order, the parties will submit their next status report within the next ninety days.

Dated: March 27, 2026                          Respectfully submitted,

*/s/ Meredith Di Liberto*                       JEANINE FERRIS PIRRO
MEREDITH DI LIBERTO                      United States Attorney
D.C. Bar No. 487733
PAUL J. ORFANEDES
D.C. Bar No. 429716                         By: */s/ William Thanhauser*
JUDICIAL WATCH, INC.                          WILLIAM THANHAUSER, D.C. Bar #1737034
425 Third Street SW, Suite 800                Assistant United States Attorney
Washington, DC 20024                          601 D Street, N.W.
Tel: (202) 646-5172                           Washington, DC 20530
mdiliberto@judicialwatch.org                  (202) 252-7706
porfanedes@judicialwatch.org

*Counsel for Plaintiff*                          *Attorneys for the United States of America*