# Exhibit B

FOIA Request 1137451

Received 27 March 2024

The following list contains the entire submission submitted March 27, 2024 01:10:10pm ET, and is formatted for ease of viewing and printing.

---

## Contact information

| | |
|---|---|
| **First name** | William |
| **Last name** | Marshall |
| **Mailing Address** | 425 Third Street, SW<br>Suite 800 |
| **City** | Washington |
| **State/Province** | DC |
| **Postal Code** | 20024 |
| **Country** | United States |
| **Phone** | 2026414981 |
| **Company/Organization** | Judicial Watch, Inc. |
| **Email** | bmarshall@judicialwatch.org |

---

## Request

| | |
|---|---|
| **Request ID** | 1137451 |
| **Confirmation ID** | 1136866 |
| **Request description** | All records of communications, including but not limited to emails and text messages, between officials of the CIA and officials of the US Justice Department regarding Hunter Biden and/or Hunter Biden's lawyer, Kevin Morris. The time frame for the requested records is January 1, 2021 to the present. |

---

## Supporting documentation

---

## Fees

| | |
|---|---|
| **Request category ID** | educational |
| **Fee waiver** | yes |

| | |
|---|---|
| **Explanation** | Judicial Watch is a non-profit, non-partisan 501(c)(3) educational foundation, promoting transparency, accountability and integrity in government and fidelity to the rule of the law. It investigates, exposes and educates the public about the operations of the government through its publications, social media, media appearances by its representatives, and its Internet platforms. |
| **Willing to pay** | 250.00 |

## Expedited processing

| | |
|---|---|
| **Expedited Processing** | no |