# Exhibit C

FOIA Request 1137561

The following list contains the entire submission submitted March 27, 2024 02:15:02pm ET, and is formatted for ease of viewing and printing.

## Contact information

| | |
|---|---|
| **First name** | William |
| **Last name** | Marshall |
| **Mailing Address** | 425 Third Street, SW<br>Suite 800 |
| **City** | Washington |
| **State/Province** | DC |
| **Postal Code** | 20024 |
| **Country** | United States |
| **Phone** | 2026414981 |
| **Company/Organization** | Judicial Watch, Inc. |
| **Email** | bmarshall@judicialwatch.org |

## Request

| | |
|---|---|
| **Request ID** | 1137561 |
| **Confirmation ID** | 1136976 |
| **Request description** | All handwritten notes, transcripts, reports, memoranda, calendar entries and other records relating to any meetings between CIA officials and Justice Department officials regarding Hunter Biden's lawyer, Kevin Morris. The time frame for the request is January 1, 2021 to the present. |

## Supporting documentation

## Fees

| | |
|---|---|
| **Request category ID** | educational |
| **Fee waiver** | yes |

| | |
|---|---|
| **Explanation** | Judicial Watch is a non-profit, non-partisan 501(c)(3) educational foundation, promoting transparency, accountability and integrity in government and fidelity to the rule of the law. It investigates, exposes and educates the public about the operations of the government through its publications, social media, media appearances by its representatives, and its Internet platforms. |
| **Willing to pay** | 250.00 |

## Expedited processing

| | |
|---|---|
| **Expedited Processing** | no |