# Exhibit G

Central Intelligence Agency

Washington, D.C. 20505

19 March 2026

Judicial Watch, Inc.
425 Third Street SW, Suite 800
Washington, DC 20024

Reference: **F-2024-02115; Civil Action # 24-cv-01537, Judicial Watch, Inc. v. CIA**

Judicial Watch Inc.,

This is the final response to your **March 22, 2024 and March 27, 2024** FOIA requests seeking:

(1) All documents referring or relating to the Department of Justice or Internal Revenue Service investigation of Robert Hunter Biden, DPOB: February 4, 1970, Wilmington, DE.
(2) All documents and communications referring or relating to attorney Patrick Kevin Morris, including but not limited to requests or efforts to interview Mr. Morris concerning Robert Hunter Biden.
(3) All records of communications including, but not limited to, emails and text messages between officials of the CIA and officials of the U.S. Justice Department officials regarding Hunter Biden and/or Hunter Biden's lawyer, Kevin Morris.
(4) All handwritten notes, transcripts, reports, memoranda, calendar entries and other records relating to any meeting between CIA officials and Justice Department officials regarding Hunter Biden's lawyer, Kevin Morris.

We processed your request in accordance with the Freedom of Information Act (FOIA), 5 U.S.C. § 552, as amended, and the CIA Information Act, 50 U.S.C. § 314, as amended. Our review is now complete. After our interim response on 22 August 2025, we conducted one final review and located no additional responsive records.

To the extent that your request also seeks records, if any exist, that would reveal an unacknowledged or classified association with the subject(s) of your request, we can neither confirm nor deny the existence or nonexistence of such records, in accordance with Section 3.6(a) of Executive Order 13526. The admission of existence or nonexistence of such records is a fact that is exempt under FOIA. You may consider this finding a denial of this portion of your request pursuant to FOIA exemptions (b)(1) and (b)(3). Exemption (b)(3) pertains to information exempt from disclosure by statue. In this case, the relevant statutes are Section 6 of the Central Intelligence Agency Act of 1949, 50 U.S.C. § 3507, as amended, and Section 102A(i)(l) of the National Security Act of 1947, 50 U.S.C § 3024(i)(l), as amended.

This completes our response to the above referenced request.

Sincerely,

Stephen Glenn
Information and Privacy Coordination

Administrative Use Only

**F-2024-02115 24-cv-01537**
**Final Response 19 March 2026**

**1st Production 22 AUG 25**
**RIPPUB(2)**
C07196332
C07196501