# Exhibit H

**Judicial Watch v. Central Intelligence Agency**
**Case No. 1:24-cv-01537**
**Vaughn Index of Documents Released in Part by CIA**

| ENTRY NO. | DOCUMENT NUMBER | DATE OF DOCUMENT | NO. OF PAGES | RELEASE STATUS | DESCRIPTION OF DOCUMENT | LOCATION OF REDACTION(S) | EXEMPTIONS CITED |
|---|---|---|---|---|---|---|---|
| **1** | C07196332 | 04/04/2024 | 2 | RIP (Released in Part) | This is a letter from the Director of the Office of Congressional Affairs at CIA, to Chairmen Comer and Jordan of the U.S. House of Representatives. The letter is a response to their March 21, 2024 letter related to an investigation of Hunter Biden. | Pg. 1, bottom of the page | **(b)(3) CIA Act, (b)(6)** Exemption (b)(3) (CIA Act) was asserted to protect information regarding the organization the Agency, including phone numbers and names of Agency personnel. Exemption (b)(6) was also asserted to protect identifying information of CIA personnel (signature). |
| **2** | C07196501 | 06/25/2024 | 2 | RIP | This is a letter from the Acting Director of the Office of Congressional Affairs at CIA, to Chairmen Comer and Jordan of the U.S. House of Representatives. The letter is a response to their June 11, 2024 letter requesting additional information regarding CIA's April 4, 2024 letter. | Pg. 2, middle of the page | **(b)(3) CIA Act, (b)(6)** Exemption (b)(3) (CIA Act) was asserted to protect information regarding the organization the Agency, including phone numbers. Exemption (b)(6) was also asserted to protect identifying information of CIA personnel (signature). |